**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-1903**
_____

BARBARA S. MINNICH,

Plaintiff - Appellant,

versus

JOHN M. DEUTCH, Director, Central Intelligence
Agency,

Defendant - Appellee.

_____

**No. 96-2152**
_____

BARBARA S. MINNICH,

Plaintiff - Appellant,

versus

JOHN M. DEUTCH, Director, Central Intelligence
Agency,

Defendant - Appellee.

_____

**No. 96-2153**
_____

BARBARA S. MINNICH,

Plaintiff - Appellant,

                versus


JOHN M. DEUTCH, Director, Central Intelligence
Agency,

                                    Defendant - Appellee.

_____

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-96-266-A, CA-96-664-A)

_____

Submitted:  March 27, 1997              Decided:  April 2, 1997

_____

Before RUSSELL, LUTTIG, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Barbara S. Minnich, Appellant Pro Se.  Rachel Celia Ballow, OFFICE
OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In these consolidated cases, Appellant appeals from the district court's orders denying relief in her actions against the Central Intelligence Agency. We have reviewed the records and the district court's opinions and find no reversible error.

In Appeal No. 96-1903, we affirm on the reasoning of the district court. Minnich v. Deutch, No. CA-96-266-A (E.D. Va. May 24, 1996). In Appeal Nos. 96-2152 and 96-2153, the district court denied relief for the reasons stated from the bench. Appellant failed to provide a transcript of the hearing at which the district court stated the reasons for denying relief. See Fed. R. App. P. 10(b)(2); Powell v. Estelle, 959 F.2d 22, 26 (5th Cir. 1992). Moreover, Appellant has failed to state a substantial claim justifying preparation of a transcript at government expense. 28 U.S.C. § 753(f) (1994). Consequently, in Nos. 96-2152 and 96-2153, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED